UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Edvaldo Leitao Jose Cassua</u>

      v.                                        Case No. 25-cv-00509-JL

<u>Christopher Brackett, et al.</u>

## **ORDER**

      Before the court is the habeas petition brought by Edvaldo Leitao Jose Cassua challenging his ongoing ICE detention. After reviewing the petition and the respondents' initial response arguing that Cassua is subject to mandatory detention under 8 U.S.C. § 1225,[1] the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin, Warden*, 1:25-cv-00374-SE-AJ, ECF No. 10 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2] In response, the government noted that it "object[ed] to this Court granting relief" under *Destino* on the basis that *Destino* was "wrongly decided,"[3] but conceded that "the court would likely reach the same result" if it applied *Destino*'s reasoning here.[4]

      Thus, no cause having been shown, the court GRANTS the petition[5] for a bond hearing based on the reasoning in *Destino*, and orders the respondents to provide the petitioner with a bond hearing as soon as practicable. The petition is denied in all other respects. The parties shall file a status report within 10 days of this order.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: January 14, 2026

Cc: Counsel of record

---

[1] Response to Pet. (doc. no. 8).
[2] Show Cause Order, Jan. 9, 2026.
[3] Show Cause Response (doc. no. 10) at 1-2. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] *Id.* at 2. The government also reiterated its argument that Cassua is subject to mandatory detention under 8 U.S.C. § 1225, incorporating by reference its initial response in this case. *Id.* (citing Response to Pet. (doc. no. 8)).
[5] Pet. Writ Habeas Corpus (Doc. no. 1).